# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter **13** |
| **Aliya Hiba Abdullah** | ) | Case No. **18-53819-WLH** |
| aka Aliya Abdullah | ) | Judge **Wendy L. Hagenau** |
| aka Aliya H. Abdullah | ) | |
| aka Aliya Harris | | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned attorney enters this Notice of Appearance on behalf of CARRINGTON MORTGAGE SERVICES, LLC, for itself, its successors and assigns (hereinafter referred to as "Creditor"), a secured creditor in the above referenced case on real property located at 4032 Emerald North Drive, Decatur, GA 30035. Creditor, through counsel, hereby requests that all notices to Debtor(s) or Creditors also be mailed in care of Creditor as follows:

Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway, N.E., Suite 300
Atlanta, GA 30346

Dated March 12, 2018

Shapiro Pendergast & Hasty, LLP

/s/Taylor S. Mansell
Taylor S. Mansell
Georgia Bar No. 940461
tmansell@LOGS.com
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665