# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Aliya Hiba Abdullah,<br>　　　　　　　　　Debtor. | Case No. 18-53819-WLH |
| CARRINGTON MORTGAGE SERVICES, LLC<br><br>　　　　　　　　　Movant,<br><br>V.<br><br>Aliya Hiba Abdullah, Debtor, and Nancy J. Whaley, Chapter 13 Trustee,<br><br>　　　　　　　　　Respondents. | Contested Matter |

## OBJECTION TO CONFIRMATION

COMES NOW, CARRINGTON MORTGAGE SERVICES, LLC, for itself, its successors and assigns, (hereinafter referred to as "Movant"), who holds a secured lien on the Debtor's real property known as 4032 Emerald North Drive, Decatur, GA 30035, and files this Objection to Confirmation of Plan.

Movant holds a secured claim with a principal balance of approximately $104,228.52, including pre-petition arrears of approximately $12,172.59. Debtor's Chapter 13 Plan understates the total pre-petition arrears owed to Movant as $11,000.00. Accordingly, the Chapter 13 Plan fails to comply with the provisions of 11 U.S.C. § 1325(a).

WHEREFORE, Movant prays that this Court inquire into the matters raised herein and deny confirmation of the Plan, or enter such an order that the Court deems just and proper.

Date: <u>March 14, 2018</u>

        Shapiro Pendergast & Hasty, LLP

        /s/ Elizabeth Childers
        Elizabeth Childers
        Georgia Bar No. 143546
        211 Perimeter Center Parkway, N.E.
        Suite 300
        Atlanta, GA 30346
        Phone: 770-220-2535
        Fax: 770-220-2665
        echilders@logs.com

## CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on March 14, 2018, a copy of the foregoing Objection to Confirmation was served by electronic mail or first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated below:

Aliya Hiba Abdullah
128 Tumble Run
Stockbridge, GA 30281

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Dated _March 14, 2018_____

Shapiro Pendergast & Hasty, LLP


_/s/ Elizabeth Childers_____
Elizabeth Childers
Georgia Bar No. 143546
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665
echilders@logs.com