UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

*In Re:*

Chapter 13
Case No. 18-53819-WLH

ALIYA HIBA ABDULLAH, **Debtor,**
PRIMARY RESIDENTIAL MORTGAGE, INC., **Creditor,**

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for PRIMARY RESIDENTIAL MORTGAGE, INC., party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel

for PRIMARY RESIDENTIAL MORTGAGE, INC. with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for PRIMARY RESIDENTIAL MORTGAGE, INC..

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

                            BARRETT DAFFIN FRAPPIER
                            TURNER & ENGEL, LLP

            BY: /s/ ABBEY ULSH DREHER          03/20/2018
                 ABBEY ULSH DREHER
                 GA NO. 113608
                 4004 Belt Line Rd Ste. 100
                 ADDISON, TX 75001
                 Telephone: (972) 341-0500
                 Facsimile: (972) 661-7725
                 E-mail: GA.ND.ECF@BDFGROUP.COM
                 ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2018, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ ABBEY ULSH DREHER              03/20/2018
    ABBEY ULSH DREHER
    GA NO. 113608
    4004 Belt Line Rd Ste. 100
    ADDISON, TX 75001
    Telephone: (972) 341-0500
    Facsimile: (972) 661-7725
    E-mail:  GA.ND.ECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
ALIYA HIBA ABDULLAH
128 TUMBLE RUN
STOCKBRIDGE, GA 30281

**DEBTOR'S ATTORNEY:**
HOWARD P. SLOMKA
OVERLOOK III - SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA  30339

**TRUSTEE:**
NANCY J. WHALEY
303 PEACHTREE CENTER AVE.
SUITE 120
ATLANTA, GA  30303