UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ALIYA HIBA ABDULLAH | : | CASE NUMBER A18-53819-WLH |
| DEBTOR | : | |

## TRUSTEE'S SUPPLEMENTAL REPORT
## FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on May 23, 2018:**

As to whether Debtor provided proof of May mortgage payments for both properties

As to whether Debtor amended Schedule H to disclose a Co-Debtor

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

The Debtor has failed to provide proof of May mortgage payments for both properties

The Debtor had failed to amend Schedule H to disclose a Co-Debtor

*Please enter an Order of Dismissal*

This the 19th day of June, 2018.

                          ___/s/_____
                          Ryan J. Williams,
                          Attorney for Chapter 13 Trustee
                          GA Bar Number 940874
                          303 Peachtree Center Ave., NE
                          Suite 120
                          Atlanta, GA  30303
*/jlr*                      (678) 992-1201

# CERTIFICATE OF SERVICE

Case No: A18-53819-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
ALIYA HIBA ABDULLAH
128 TUMBLE RUN
STOCKBRIDGE, GA  30281

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
SLIPAKOFF & SLOMKA, PC
se@myatllaw.com

This the 19th day of June, 2018.

/s/_____
Ryan J. Williams
Attorney for the Chapter 13 Trustee
State Bar No. 940874
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201